AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| I, ADRIAN G | U.S. DISTRICT COURT-EDLA | 1/21/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM C205, 500 POYDRAS STREET NEW ORLEANS, LOUISIANA 70130 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Louisiana State Employees Retirement | 53,226.36 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia Law School | 1/8-1/10 Travel, food and lodging |
| 2. | Law and Economics Center - George Mason University Stanford University | 11/11-11/14-Travel, food and lodging |
| 3. | | |
| 4. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| L. ADRIAN G | 1/21/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Federated Tax Free Inst. (397) (Whitney Bk. Custodian) | C | Interest | L | T | | | | | |
| 2. Whitney Natl Bank, N.O., Checking Account | A | Interest | K | T | | | | | |
| 3. Ck. acct. Morgan-Chase, New Orleans, La. | A | Interest | J | T | | | | | |
| 4. Lot No. 1, New Orleans, La. | | None | K | W | | | | | |
| 5. Lot No. 2, New Orleans, La. | | None | L | W | | | | | |
| 6. St. Tammany, La. Commercial Bldg. | G | Rent | O | W | | | | | |
| 7. E. Baton Rouge Revenue Bonds | C | Interest | L | T | | | | | |
| 8. Ohio (G.M. Bonds | B | Interest | K | T | | | | | |
| 9. Caddo Bossier Port Comm. | C | Interest | L | T | Sold | 6/15 | L | C | |
| 10. La. General Obligation Bonds | D | Interest | M | T | | | | | |
| 11. Louisiana General Obligation Bonds | C | Interest | K | T | Sold | 2/10 | M | O | |
| 12. Dave & Buster's, Inc. | | None | J | T | | | | | |
| 13. Edison Brothers Stores | | None | J | T | Bkruptcy | 1/9 | A | | |
| 14. JP Morgan Chase and Co. | D | Dividend | N | T | Merger | | | | Merger with Bk One |
| 15. Freeport McMoran Inc. Stock | A | Dividend | M | T | | | | | |
| 16. General Electric Co. | E | Dividend | O | T | | | | | |
| 17. Hercules, Inc. | A | Dividend | K | T | Sold | 2/9 | K | D | |
| 18. Hibernia Corp. | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A | $1,000 or less | B | $1,001-$2,500 | C | = $2,501-$5,000 | D | = $5,001-$15,000 | E | = $15,001-$50,000 |
| | F | $50,001-$100,000 | G | $100,001-$1,000,000 | H1 | = $1,000,001-$5,000,000 | H2 | = More than $5,000,000 | | |
| 2 Value Codes (See Columns C1 and D3) | J | = $15,000 or less | K | = $15,001-$50,000 | L | = $50,001-$100,000 | M | = $100,001-$250,000 | | |
| | N | $250,001-$500,000 | O | $500,001-$1,000,000 | P1 | = $1,000,001-$5,000,000 | P2 | = $5,000,001-$25,000,000 | | |
| | P3 | $25,000,001-$50,000,000 | | | P4 | = More than $50,000,000 | | | | |
| 3 Value Method Codes (See Column C2) | Q | Appraisal | R | Cost (Real Estate Only) | S | = Assessment | T | = Cash/Market | | |
| | U | Book Value | V | Other | W | Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 1, ADRIAN G | 1/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Leggett & Platt, Inc. | D | Dividend | M | T | | | | A | |
| 20. Millipore Corp. | B | Dividend | M | T | | | | | |
| 21. Murphy Oil | C | Dividend | N | T | | | | | |
| 22. Penn Virginia Corp. | C | Dividend | M | T | | | | | |
| 23. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 24. Tidewater Inc. | B | Dividend | L | T | | | | | |
| 25. Tyco International | B | Dividend | O | T | | | | | |
| 26. Tyco International | | | | | Partial Sale | 1/12 | M | E | |
| 27. Valero Energy Corp. | A | Dividend | K | T | | | | | |
| 28. Burlington Resources | A | Dividend | K | T | | | | | |
| 29. Deltic Timber Corp. | A | Dividend | K | T | | | | | |
| 30. Mykrolis Corp. | | None | K | T | | | | | |

| 1 Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____1/21/05____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Adrian G. Duplantier
*Senior Judge*

Tel. (504) 589-7535
Fax (504) 589-4479

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle NE
Washington, DC 20544

March 1, 2005

FINANCIAL DISCLOSURE OFFICE
2005 MAR -9 A 10 40
RECEIVED

Re: Calendar Year 2004 Filing

Dear Judge Lisi:

This is in reply to your letter of February 18, which noted certain omissions and errors in my report dated January 21, 2005. This letter answers each of the items, in the order listed in your letter, hopefully correctly.

In Part IV, line 1, the event was held at the University of Virginia, and in line 2, at Stanford University.

With respect to part VII, page 1, lines 4 and 5, from your March 3, 2004 letter, I deduced - incorrectly - that IRAs need not be reported. Both the Fort Eustis Virginia Credit Union and USAA Retirement Plan are IRAs, both still in existence. Neither produces what I understand is reportable income. The value of the Fort Eustis IRA Is "K", Method "T"; USA is "O;" "T".

In Part VII, page 1, lines 9, 11, 13, and 17 are assets entirely disposed of during the reporting period. Therefore, Column C, as to all of those should have been left blank. As to those, Column D(3) is correct, with respect to all except Edison Bros, mentioned in your following paragraph, the value code for which should be "J". With respect to line 14, I believe my report is correct. It shows "merger" with "Bk One" and that is correct information. There was no disposition, nor do I believe that the report indicates one.

In VII, page 1, line 11, Column D(4) incorrectly lists "O" as the gain code. The correct code should be "B".

As requested, I enclose 3 copies of this response.

Adrian G. Duplantier

P.S. In the unlikely event that I ever get the report entirely correct, instead of the usual letter please send me a "gold star".

GD